**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-28444/1205239036

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>David Alan DeBellis and Angela DeBellis<br>Debtors.<br><br>America's Servicing Company<br><br>Movant,<br>vs.<br><br>David Alan DeBellis and Angela DeBellis, Debtors;<br>David M. Reaves*, Trustee.<br><br>Respondents. | No. 2:09-bk-15264-RTB<br><br>Chapter 7<br><br>O R D E R<br><br>(Relating to docket #41) |

IT IS HEREBY ORDERED that Movant's Motion for Relief from the Automatic Stay is hereby withdrawn without prejudice and that any hearings scheduled in the matter are vacated.