**SO ORDERED.**

**TIFFANY & BOSCO**
P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Dated: October 06, 2010

_____
**REDFIELD T. BAUM, SR**
**U.S. Bankruptcy Judge**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-19056

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>David Alan DeBellis and Angela DeBellis<br>　　　　Debtors.<br>_____<br>HSBC Mortgage Corporation (USA)<br><br>　　　　Movant,<br>　vs.<br><br>David Alan DeBellis and Angela DeBellis,<br>Debtors; David M. Reaves, Trustee.<br><br>　　　　Respondents | No. 2:09-bk-15264-RTB<br><br>Chapter 7<br><br>ORDER FOR ABANDONMENT<br><br>(Related to Docket #49) |

On this day came on for consideration, HSBC Mortgage Corporation (USA), its assignees and/or successors in interest ("Movant" herein) Motion for Abandonment pursuant to 11 U.S.C. 554(b). Good cause appearing,

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that all of the Trustee's interest in the following described real property is abandoned:

　　2822 Pine Hill Drive
　　Overgaard AZ 85933

and legally described as:

LOT 21, PINE MEADOWS SUBDIVISION NO. 3, ACCORDING TO BOOK 9 OF PLATS, PAGE 21, RECORDS OF NAVAJO COUNTY, ARIZONA;

EXCEPT MINERALS, GASES AND OTHER INANIMATE SUBSTANCES UNDERLYING OR APPURTENANT TO THE PROPERTY INCLUDING, WITHOUT LIMITATION, OIL, GAS AND GASEOUS SUBSTANCES (WHETHER HYDROCARBON OR OTHERWISE AND INCLUDING WITHOUT LIMITATION GEOTHERMAL STEAM), SULPHUR, GRAVEL, CLAY, GRANITE, COAL, SANDSTONE, LIMESTONE OR OTHER STONE, COPPER, IRON, GOLD, SILVER OR OTHER METALLIC ORES OR SUBSTANCES OF ANY KIND, BAUXITE, FOSSILS OR FERTILIZER OF ANY NAME OF DESCRIPTION, AND URANIUM, THORIUM AND OTHER FISSIONABLE MATERIALS, AS RESERVED IN DEED RECORDED IN DOCKET 702, PAGE 179 AND RE-RECORDED IN DOCKET 707, PAGE 53 AND IN DOCKET 759, PAGE 816, RECORDS OF NAVAJO COUNTY, ARIZONA.